the incident. Furthermore, the Board found that, given the politically-sensitive image of DLI and the importance of good will in DLI's international community, removal was at least a reasonable penalty, if not the most or only reasonable one. In the end, we agree with the Board that removal was not an unreasonable penalty for the proven conduct. *See Hayes v. Dep't of the Navy,* 727 F.2d 1535, 1539–40 (Fed.Cir.1983) (affirming removal as an appropriate penalty in instance of an off-duty assault and battery of a child).

## CONCLUSION

For the foregoing reasons, we affirm the decision of the Board.

## COSTS

Each party shall bear its own costs.

**DIPPIN' DOTS, INC. and Curt D. Jones, Plaintiffs–Appellants,**

v.

**Thomas R. MOSEY, Dots of Fun, International Laser Expressions, Inc. (also known as I.L.E., Inc.), Defendants–Appellees,**

and

**Nicholas Angus, Defendant/Counterclaimant–Appellee,**

and

**Frosty Bites Distribution LLC, Defendant–Appellee,**

and

**Distribution Parties, Frosty Bites Distributor of Florida, Inc., Frosty Bites Distributor of Georgia, Inc., Frosty Bites of Michigan, Inc., J & J Conces-**

sions of New Jersey, Inc., Frosty Bites Ice Cream Company, LLC, Frosty Bites South, Inc., Frosty Bites of New York, LLC, Frosty Bites Ice Cream Development, LLC, and International Association of Amusement Parks and Attractions, Defendants,

v.

**Barry Jay Bass, James Perez, and Jeanine Matone, Counterclaim Defendants,**

and

**Frosty Bites, Inc. (now known as Mini Melts, Inc.), Counterclaim Defendant–Appellee.**

Nos. 2008–1125, 2008–1337.

United States Court of Appeals, Federal Circuit.

Nov. 6, 2008.

Rehearing and Rehearing En Banc Denied Dec. 16, 2008.

Daniel J. Warren, Sutherland Asbill & Brennan LLP, of Atlanta, GA, argued for plaintiffs-appellants. Of counsel were Troy R. Covington; and Todd E. Stockwell, Stockwell & Smedley, PSC, of Lexington, KY; and D. Scott Hemingway, Hemingway & Hansen LLP, of Dallas, TX.

Robert G. Oake, Jr. Oake Law Office, of Allen, TX, argued for defendants-appellees, defendant/counterclaimant-appellee and counterclaim defendant-appellee. With him on the brief was Rudolf O. Siegesmund, Siegesmund & Associates, of Plano, TX.

Keith E. Broyles, Alston & Bird LLP, of Atlanta, GA, argued for the defendant-appellee Frosty Bites Distribution LLC.

With him on the brief was William R. Hubbard.

MAYER, LOURIE and GAJARSA, Circuit Judges.

### Judgment

PER CURIAM:

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Clara A. **ALVAREZ**, Petitioner,

v.

**DEPARTMENT OF the TREASURY,** Respondent.

No. 2008–3264.

United States Court of Appeals, Federal Circuit.

Nov. 6, 2008.